All right, we will move on now to the second case of the day. Kimberly Nelson versus the City of Chicago and others. Appeal number 20-1279. And we'll hear first from Ms. Donald-Kyea. May I start, Your Honor? Please. Good morning, Your Honors. May it please the court, I'm Attorney Brinell Donald-Kyea, and we are here because the District Court should not have granted the motion to dismiss against my client's case because her third complaint cured every deficiency. The first thing I did as an attorney is watch the opinion and watch the cases that the judge determined were the cases she was going to rely on to dismiss the case. I looked at Milkowick's, I looked at Wilson, DeShaney, Sanders, Brown, and other cases the judge determined. And I looked and determined that the facts were nowhere near the facts that we're dealing with today. I also noticed that the plaintiffs in those cases, many of them was the plaintiff was at fault for not doing their job or taking money, or they were fighting over coughing breaks and things like that, which were state, state remedies were involved. And then the other cases she cited to support the motion to dismiss, she said, well, these were cases where they were a private violence that had nothing to do with the state. So the 14th Amendment was not implicated. Then I went over and read the appellee's brief. And it said Monell and Lewis and other cases that the appellees depended on to say that her motion to dismiss was correct. But when you look at the facts of our case, and you look at the law of Monell and Lewis, even the cases that the appellees cited, you will know that the facts and the law is on the side of our client, Kimberly Nelson. Now on December 8, 2016, Kimberly Nelson's a police officer. She gets a radio call, hey, there's an armed robbery in progress, FedEx drivers being arrested or being robbed. So she hits the gas, flies over. She's saying, I need more info dispatch. Give me a little more info. She's getting close, a little more info as she's getting closer. Emergency, emergency, I need.